IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

RICKY LEE CLAYTON                                                                 PLAINTIFF

v.                                          Case No.  12-2013

MICHAEL J. ASTRUE, Commissioner of
Social Security Administration                                                    DEFENDANT

## ORDER

The Court has received proposed findings and recommendations (Doc. #6) from United States Magistrate Judge Erin L. Setser.  The Court has conducted a careful review of the findings and recommendations and of the timely objections filed by Plaintiff.  After reviewing the record *de novo* as to Plaintiff's objections, the Court finds the Magistrate's reasoning to be sound and further finds that Plaintiff's objections offer neither law nor fact requiring departure from the Magistrate's findings.

The Court therefore concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety.  Judgment will be entered accordingly.

**IT IS SO ORDERED** this day 13th of February, 2013.

/s/ P. K. Holmes, III

P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE